**FILED**

MAY 19 2014

Clerk, U.S. District and
Bankruptcy Courts

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Saladin Howell, )
)
Plaintiff, )
)
v. )        Civil Action No.    14-877
)
Saladin Howell d/b/a Debtor, )
)
Defendant. )
)

## MEMORANDUM OPINION

This matter is before the Court on review of plaintiff's *pro se* complaint and application to proceed *in forma pauperis*. The application will be granted and the case will be dismissed pursuant to 28 U.S.C. § 1915A(b)(1) (requiring dismissal of a prisoner's case upon a determination that the complaint is frivolous).

Plaintiff is a prisoner at the Federal Correctional Institution in Glenville, West Virginia. Plaintiff and the defendant share the same name and the same address. Essentially, plaintiff is suing himself to satisfy a debt. The complaint presents the very type of fantastic or delusional scenarios warranting dismissal of the case as frivolous. *See Neitzke v. Williams*, 490 U.S. 319, 325 (1989); *Best v. Kelly*, 39 F.3d 328, 330-31 (D.C. Cir. 1994). Furthermore, complaints, such as this one, that lack "an arguable basis in law and fact" are, too, subject to dismissal as frivolous. *Brandon v. District of Columbia Bd. of Parole*, 734 F.2d 56, 59 (D.C. Cir. 1984); *see Crisafi v. Holland*, 655 F.2d 1305, 1307-08 (D.C. Cir. 1981) ("A court may dismiss as frivolous complaints reciting bare legal conclusions with no suggestion of supporting facts, or postulating

1

events and circumstances of a wholly fanciful kind."). A separate Order of dismissal

accompanies this Memorandum Opinion.

_____
United States District Judge

Date: May ___, 2014